AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) 1:20-mj-00980 |
| Amber Bailey | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 5, 2020_____ in the county of _____Marion_____ in the

_____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Controlled Substances |
| 28 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
/s/ Jeffrey C. Robertson
*Complainant's signature*

_____
Jeffrey C. Robertson, SA/FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
_____telephone_____ *(reliable electronic means)*

Date: _____November 6, 2020_____

City and state: _____Indianapolis, Indiana_____

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent (SA) Jeffrey Robertson being duly sworn, depose and state that:

### INTRODUCTION

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I have been employed as a Special Agent of the FBI since February 2013, and am currently assigned to the Indianapolis Division, Muncie Resident Agency, Safe Streets Task Force. Prior to being assigned to the Muncie Resident Agency, I was assigned to the Indianapolis Division, Fort Wayne Resident Agency, Safe Streets Task Force. While employed by the FBI, I have conducted criminal investigations and have participated in investigations regarding violations of various Federal laws, including the manufacture and distribution of controlled substances, in violation of Title 21, United States Code (USC), Section 841 and conspiring to commit each of these crimes. I have gained experience through training and everyday work relating to conducting these types of investigations. Additionally, I have been part of numerus traffic stops relating to drug and gang investigations.

2.      The statements in this Affidavit are either known personally or have been told to me directly by law enforcement officers, witnesses and other sources. This Affidavit is also based in part upon information collected by the Richmond Police Department (RPD) and the Wayne County Sheriff's Department (WCSD). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for Amber Bailey ("BAILEY"), I have not included each

1

and every fact known concerning this investigation.  I set forth only the facts that are necessary to establish probable cause.

3.     I make this Affidavit in support of an Application for a Criminal Complaint against was Amber Nicole Bailey (hereinafter "BAILEY"), date of birth xx/xx/1982, for violations of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C) for possession with intent to distribute heroin, a Schedule I narcotic controlled substance, as well as a violation of Title 18, United States Code, Section 924(c), for possession of a firearm in furtherance of a drug trafficking crime.

## CONTROLLED PURCHASES

4.     As set forth below, an investigation commenced in September 2020 by the Federal Bureau of Investigation (FBI), Safe Streets Gang Task Force, in coordination with the Wayne County Drug Task Force (WCDTF).  Prior to presenting the case to the FBI, the WCDTF began investigating Robert Winston in August of 2020.

5.     As part of the investigation into Robert Winston, WCDTF detectives learned that BAILEY was an accomplice of Winston's who would assist in negotiation, distribution, and collection of proceeds in reference to illegal narcotics sales.

6.     Detectives conducted research into BAILEY, which – prior to November 5, 2020 – revealed that BAILEY had three vehicles (a grey Mercury Grand Marquis, a bronze Ford Excursion, and a maroon Lincoln Navigator) registered in her name at an address of 218 Randolph Street, Richmond, Indiana.  Furthermore, investigators learned that BAILEY also had utility subscriptions for water and electricity in her name at the 218 Randolph Street address.

2

7.     In August of 2020, WCDTF detectives were able to conduct one controlled buy of what was confirmed to be one (1) ounce of methamphetamine from BAILEY, for a predetermined amount of officially authorized funds.

8.     On one occasion in September of 2020, WCDTF detectives, along with the assistance of the FBI, were able to conduct a controlled buy of one (1) ounce of a grey powder substance (believed to be heroin, based on the negotiations which took place) from Robert Winston, with BAILEY present, for a predetermined amount of officially authorized funds.

9.     On a second occasion in September of 2020, WCDTF detectives, along with the assistance of the FBI, were able to conduct a controlled buy of approximately one (1) ounce of a grey powder substance (believed to be heroin, based on the negotiations which took place) and one (1) ounce of what was confirmed to be methamphetamine from BAILEY for a predetermined amount of officially authorized funds.

10.     Additionally, on an occasion in October of 2020, WCDTF detectives, along with the assistance of the FBI, were able to conduct a controlled buy of approximately five (5) ounces of what was confirmed to be methamphetamine and five (5) grams of a grey powder substance (believed to be heroin, based on the negotiations which took place) from Robert Winston, with BAILEY present, for a predetermined amount of officially authorized funds.

11.     Each controlled buy involved BAILEY to a certain degree, whether actually distributing the controlled substances or being present during the distribution.

12.     Each controlled buy involved the presence of BAILEY departing from or arriving at 218 Randolph Street, Richmond, Indiana, at some point before or after the transactions were completed.

13.     Finally, each controlled buy involved BAILEY driving to specific locations to conduct the transactions, and, with the exception of the second occasion in September, involved her driving vehicles registered in her name at the 218 Randolph Street address.

14.     On November 5, 2020, the FBI executed a Federal Search Warrant at 218 Randolph Street. BAILEY and her two minor children were present at the residence. BAILEY had been sleeping on the couch in the front room of the residence. In the area of the couch was BAILEY'S purse which contained one clear tied-off plastic baggie containing approximately 44.1 grams of a substance confirmed to be heroin, as well as a SCCY CPX-2 9mm handgun, bearing serial number 30972, with one round in the chamber and several in the magazine. In your affiant's training and experience, 44.1 grams of heroin is more than a user amount.

15.     Other items located by investigators included four cell phones, a silver iPad, a baggie of brown pills of an unknown substance, plastic baggies, a Comfort Inn key card with heroin residue, extra 9mm live rounds in a box, and an additional empty 9mm magazine.

16.     In the middle of the kitchen was large wooden table with a removable top. Upon removing the top of the table there was a compartment containing approximately 1614 grams of what was confirmed to be lactose, which in my training and experience is a substance used to "cut" controlled substances.  Drug cutting involves diluting a drug with another substance. While this practice is used to change the impact of the drug, it is primarily done so dealers can increase

the volume of their product and make more money.  Also within the large wooden table were two

(2) Narcan[1] kits.

## **CONCLUSION**

17.    Based upon the above described facts, information, observations, and training, your Affiant believes probable cause exists to charge and arrest Amber Nicole Bailey for violations of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C) for possession with intent to distribute heroin, a Schedule I narcotic controlled substance, as well as a violation of Title 18, United States Code, Section 924(c)(1)(A), for possession of a firearm in furtherance of a drug trafficking crime.  Further, these violations occurred within the Southern District of Indiana, Wayne County, Indiana.

/s/Jeffrey C. Robertson
Jeffrey C. Robertson
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone

Date: November 6, 2020



---

[1] Narcan (Naloxone) is a medication designed to rapidly reverse opioid overdose. It is an opioid antagonist—meaning that it binds to opioid receptors and can reverse and block the effects of other opioids. It can very quickly restore normal respiration to a person whose breathing has slowed or stopped as a result of overdosing with heroin or prescription opioid pain medications.